■ Daniel Fanning, Respondent, v The Rockefeller University et al., Appellants. [964 NYS2d 525]—

Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered August 13, 2012, which granted plaintiff's motion for summary judgment on the issue of liability under Labor Law § 240 (1), and denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff's motion for partial summary judgment on his Labor Law § 240 (1) claim was properly granted. Plaintiff established prima facie entitlement to judgment as a matter of law through

testimony that when the unsecured ladder on which he was working suddenly moved, he fell, causing him to sustain injury (*see Betancur v Lincoln Ctr. for the Performing Arts, Inc.*, 101 AD3d 429 [1st Dept 2012]; *Krejbich v Schimenti Constr. Co., Inc.*, 94 AD3d 668 [1st Dept 2012]). He was not required to present further evidence that the ladder was defective (*see Orellano v 29 E. 37th St. Realty Corp.*, 292 AD2d 289, 290-291 [1st Dept 2002]).

Defendants failed to raise a triable issue of fact by presenting conflicting evidence with regard to whether the A-frame ladder was 6 or 10 feet and whether it was made of wood or fiberglass, since the statute was violated under either description (*see Lipari v AT Spring, LLC*, 92 AD3d 502, 504 [1st Dept 2012]). Defendants' argument that plaintiff was the sole proximate cause of his accident because he chose a ladder too short for the work he was performing is speculative and thus, fails to raise an issue of fact (*see Pichardo v Urban Renaissance Collaboration Ltd. Partnership*, 51 AD3d 472, 473 [1st Dept 2008]).

In light of the grant of plaintiff's motion for partial summary judgment on liability, defendants' arguments regarding plaintiff's claims for common-law negligence and Labor Law §§ 200 and 241 (6) are academic (*see Carchipulla v 6661 Broadway Partners, LLC*, 95 AD3d 573 [1st Dept 2012]). Concur—Friedman, J.P., Richter, Feinman, Gische and Clark, JJ. **[Prior Case History: 2012 NY Slip Op 32129(U).]**